IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUSTIN DORR                                                                                          PLAINTIFF

vs.                                         CASE NO. 4:05CV00683GH

YAMAHA MOTOR CORPORATION, ET AL.                                       DEFENDANTS

### ORDER

The applications Anthony D. Phelps, Kathleen J. Adler, and Shannon C. Smith for admission of *pro hac vice* are hereby granted.

IT IS SO ORDERED this 29th day of September, 2005.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-