IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 10 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JUSTIN G. DORR, )
 )
      PLAINTIFF, )
 )
v. ) CASE NO. 4-05-CV00683GH
 )
YAMAHA MOTOR CORPORATION, U.S.A., )
a California Corporation; and )
YAMAHA MOTOR CO., LTD., a Japanese )
Corporation, )
 )
      DEFENDANTS. )

## ORDER SEALING CERTAIN COURT RECORDS

NOW ON THIS 9th day of February, 2006, comes on before me, the undersigned Judge of the above entitled Court, the application of Plaintiff requesting this Court to seal certain court records, including but not limited to, Plaintiff's Application for Order Approving a Special Needs Trust and Order Approving Special Needs Trust Agreement. The Court, being fully advised in the premises herein, having examined the referenced documents and having heard advice of counsel, finds such application should be **GRANTED**, and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's *Application for Order Approving a Special Needs Trust and Order Approving Special Needs Trust Agreement* filed or to be filed in the above styled and numbered cause of action shall be sealed, not to be opened without further application and Order of this Court.

*George Howard, Jr.*
Judge of the U.S. District Court

February 10, 2006.

APPROVED:

John M. Merritt, Admitted Pro Hac Vice, OBA #6146
Merritt & Associates, P.C.
917 N. Robinson
Oklahoma City, OK 73102
(405) 236-2222