**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FEB 1 0 2006

JAMES W. McCORMACK, CLERK
By: _____ CLERK

JUSTIN G. DORR                                                                   PLAINTIFF

VS.                          CASE NO. 4:05-CV-00683 GH

YAMAHA MOTOR CORPORATION, U.S.A., a
California corporation; and YAMAHA MOTOR
CO., LTD., a Japanese corporation                              DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, upon Motion of the Defendants, the Court finds that this case has been

amicably resolved and that Plaintiff's Complaint should be, and is, hereby dismissed with

prejudice.

IT IS SO ORDERED this __10__ day of February, 2006.

_George Howard, Jr._
United States District Judge